Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>   Plaintiff,<br><br>vs.<br><br>Kuber-Ramdas Investments, LLC,<br><br>   Defendant. | No. 2:18-cv-00470-MHB<br><br>**ANSWER** |

Defendant, Kuber-Ramdas Investments, LLC d/b/a Hampton Inn & Suites Tempe/Phoenix Airport, ("Kuber-Ramdas" or "Defendant") admits, denies, states and alleges as follows:

1. In response to Paragraph 1 of the Verified Complaint, Defendant asserts that the allegations contained therein are not directed towards Defendant, objects to the allegations and therefore denies the same.

2. In response to Paragraph 2 of the Verified Complaint, Defendant admits the allegations therein.

3. In response to Paragraph 3 of the Verified Complaint, Defendant is without adequate knowledge or information to determine the truth of the allegations therein and therefore denies the same.

4. In response to Paragraph 4 of the Verified Complaint, Defendant asserts that the allegations contained therein are not directed towards Defendant, objects to the incomplete recitations of the law and therefore denies the same.

5979395v1(67395.1)

5. In response to Paragraph 5 of the Verified Complaint, Defendant is without adequate knowledge or information to determine the truth of those allegations and therefore denies the same.

6. In response to Paragraph 6 of the Verified Complaint, Defendant is without adequate knowledge or information to determine what Plaintiff has actual notice of and therefore denies the allegations therein.

7. In response to Paragraph 7 of the Verified Complaint, Defendant objects to the incomplete recitation of the law, asserts that the allegations therein are not directed towards the Defendant and therefore denies the same.

8. In response to Paragraph 8—and its subparts (a), (b) and (c)—of the Verified Complaint, Defendant denies the allegations contained therein.

9. In response to Paragraph 9 of the Verified Complaint, Defendant admits that Plaintiff resides in Casa Grande, has a disability and has filed more than 90 ADA accessibility lawsuits since August 2017 against places of public accommodation.

10. In response to Paragraph 10 of the Verified Complaint, Defendant admits the allegations therein.

11. In response to Paragraph 11 of the Verified Complaint, Defendant admits the allegations contained therein.

12. In response to Paragraph 12 of the Verified Complaint, Defendant admits the allegations therein.

13. In response to Paragraph 13 of the Verified Complaint, Defendant objects to the incomplete legal recitation and conclusions and therefore denies the same.

14. In response to Paragraph 14 of the Verified Complaint, Defendant admits that venue is proper.

15. In response to Paragraph 15 of the Verified Complaint, Defendant is

5979395v1(67395.1)

without adequate knowledge or information to determine the truthfulness of whether Plaintiff intends to reserve a room at Defendant's hotel and therefore denies the allegations therein.

16. In response to Paragraph 16 of the Verified Complaint, Defendant is without adequate knowledge or information to determine the truthfulness of the allegations therein and denies the remaining allegations.

17. In response to Paragraph 17 of the Verified Complaint, Defendant is without adequate knowledge or information to determine the truthfulness of the allegations therein and denies the remaining allegations.

18. In response to Paragraph 18 of the Verified Complaint, Defendant denies the allegations therein.

19. In response to Paragraph 19 of the Verified Complaint, Defendant is without adequate knowledge or information to determine whether Plaintiff actually intends to book a room at the hotel in the future and denies the remaining allegations therein.

20. In response to Paragraph 20 of the Verified Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations therein and therefore denies the same.

21. In response to Paragraph 21 of the Verified Complaint, Defendant denies the allegations therein.

22. In response to Paragraph 22 of the Verified Complaint, Defendant denies the allegations therein.

23. In response to Paragraph 23 of the Verified Complaint, Defendant admits that first and third-party websites should be truthful and accurate, but denies the inference that its website was not compliant.

24. Defendant incorporates the above Paragraphs 1-23.

25. In response to Paragraph 25 of the Verified Complaint, Defendant is

1  without adequate knowledge or information to determine the truthfulness of the
2  allegations therein and denies the same.

3      26.    In response to Paragraph 26 of the Verified Complaint, Defendant is
4  without adequate knowledge or information to determine the truthfulness of the
5  allegations therein and denies the same.

6      27.    In response to Paragraph 27 of the Verified Complaint, Defendant
7  admits the allegations contained therein.

8      28.    In response to Paragraph 28 of the Verified Complaint, Defendant
9  denies the allegations therein.

10      29.    In response to Paragraph 29 of the Verified Complaint, Defendant
11  admits the allegations therein.

12      30.    In response to Paragraph 31—including subparts (a) – (gg) of the
13  Verified Complaint, Defendant admits that www.expedia.com did not disclose the
14  items listed in subparts (a) – (gg), but affirmatively states that § 36.302(e) does not
15  require that all of the features listed in subparts (a) – (gg) be identified on the hotel's
16  website to be compliant with that regulation.

17      31.    In response to Paragraph 31 of the Verified Complaint, Defendant is
18  without sufficient knowledge or information to determine the truthfulness of the
19  allegations therein and therefore denies the same.

20      32.    In response to Paragraph 32 of the Verified Complaint, Defendant
21  admits the allegations contained therein.

22      33.    In response to Paragraph 33 of the Verified Complaint, Defendant is
23  without sufficient knowledge or information to determine the truthfulness of the
24  allegations therein and therefore denies the same.

25      34.    In response to Paragraph 34 of the Verified Complaint, Defendant is
26  without sufficient knowledge or information to determine the truthfulness of the
27  allegations therein and therefore denies the same.

28

35. In response to Paragraph 35 of the Verified Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations therein and therefore denies the same.

36. In response to Paragraph 36 of the Verified Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations therein and therefore denies the same.

37. In response to Paragraph 37 of the Verified Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations therein and therefore denies the same.

38. In response to Paragraph 38—including subparts (a) – (k)—of the Verified Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations therein and denies the same.

39. In response to Paragraph 39 of the Verified Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations therein and therefore denies the same.

40. In response to Paragraph 40 of the Verified Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations therein and therefore denies the same.

41. In response to Paragraph 41 of the Verified Complaint, Defendant denies the allegations contained therein.

42. Defendant incorporates the above paragraphs 1 – 41.

43. In response to Paragraph 43 of the Verified Complaint, Defendant denies the allegations therein.

44. In response to Paragraph 44 of the Verified Complaint, Defendant denies the allegations therein.

45. In response to Paragraph 45 of the Verified Complaint, Defendant denies the allegations contained therein.

5979395v1(67395.1)

1     46. In response to Paragraph 46 of the Verified Complaint, Defendant denies the allegations therein.

    47. In response to Paragraph 47 of the Verified Complaint, Defendant objects to the incomplete recitation of law, asserts that the allegations therein are not directed specifically at Defendant and therefore denies the same.

    48. In response to Paragraph 48 of the Verified Complaint, Defendant denies the allegations therein.

    49. In response to Paragraph 49 of the Verified Complaint, Defendant objects to the incomplete recitation of law, asserts that the allegations therein are not directed specifically at Defendant and therefore denies the same.

    50. In response to Paragraph 50 of the Verified Complaint, Defendant denies the allegations therein.

    51. In response to Paragraph 51 of the Verified Complaint, Defendant objects to the incomplete recitation of law, asserts that the allegations therein are not directed specifically at Defendant and therefore denies the same.

    52. In response to Paragraph 52 of the Verified Complaint, Defendant denies the allegations therein.

    53. In response to Paragraph 53 of the Verified Complaint, Defendant objects to the incomplete recitation of law, asserts that the allegations therein are not directed specifically at Defendant and therefore denies the same.

    54. In response to Paragraph 54 of the Verified Complaint, Defendant denies the allegations therein.

    55. In response to Paragraph 55 of the Verified Complaint, Defendant objects to the incomplete recitation of law, asserts that the allegations therein are not directed specifically at Defendant and therefore denies the same.

    56. In response to Paragraph 56 of the Verified Complaint, Defendant denies the allegations therein.

1    57.    In response to Paragraph 57 of the Verified Complaint, Defendant
2 denies the allegations therein.

3    58.    In response to Paragraph 58 of the Verified Complaint, Defendant
4 denies the allegations therein.

5    59.    In response to Paragraph 59 of the Verified Complaint, Defendant
6 denies the allegations therein.

7    60.    In response to Paragraph 60 of the Verified Complaint, Defendant
8 denies the allegations therein.

9    61.    In response to Paragraph 61 of the Verified Complaint, Defendant
10 denies the allegations therein.

11    62.    Defendant incorporates the above paragraphs 1 – 61.

12    63.    In response to Paragraph 63 of the Verified Complaint, Defendant
13 denies the allegations therein.

14    64.    In response to Paragraph 64 of the Verified Complaint, Defendant
15 denies the allegations therein.

16    65.    In response to Paragraph 65 of the Verified Complaint, Defendant
17 denies the allegations therein.

18    66.    In response to Paragraph 66 of the Verified Complaint, Defendant
19 denies the allegations therein.

20    67.    In response to Paragraph 67 of the Verified Complaint, Defendant is
21 without sufficient information to determine the truthfulness of the allegations therein
22 and therefore denies the same.

23    68.    In response to Paragraph 68 of the Verified Complaint, Defendant
24 denies the allegations therein.

25    69.    In response to Paragraph 69 of the Verified Complaint, Defendant
26 denies the allegations therein.

27    70.    Defendant incorporates the above paragraphs 1 – 69.

28

5979395v1(67395.1)

71. In response to Paragraph 71 of the Verified Complaint, Defendant denies the allegations therein.

72. In response to Paragraph 72 of the Verified Complaint, Defendant denies the allegations therein.

73. In response to Paragraph 73 of the Verified Complaint, Defendant is without sufficient information to determine the truthfulness of the allegations therein and therefore denies the same.

74. In response to Paragraph 74 of the Verified Complaint, Defendant denies the allegations therein.

75. In response to Paragraph 75 of the Verified Complaint, Defendant is without sufficient information to determine the truthfulness of the allegations therein and therefore denies the same.

76. In response to Paragraph 76 of the Verified Complaint, Defendant denies the allegations therein.

77. In response to Paragraph 77 of the Verified Complaint, Defendant denies the allegations therein.

78. In response to Paragraph 78 of the Verified Complaint, Defendant denies the allegations therein.

79. Defendant incorporates the above paragraphs 1 – 78.

80. In response to Paragraph 80 of the Verified Complaint, Defendant denies the allegations therein.

81. In response to Paragraph 81 of the Verified Complaint, Defendant denies the allegations therein.

82. In response to Paragraph 82 of the Verified Complaint, Defendant denies the allegations therein.

83. In response to Paragraph 83 of the Verified Complaint, Defendant denies the allegations therein.

84. In response to Paragraph 84 of the Verified Complaint, Defendant denies the allegations therein.

85. In response to Paragraph 85 of the Verified Complaint, Defendant denies the allegations therein.

86. In response to Paragraph 86 of the Verified Complaint, Defendant denies the allegations therein.

87. In response to Paragraph 87 of the Verified Complaint, Defendant denies the allegations therein.

88. In response to Paragraph 88 of the Verified Complaint, Defendant denies the allegations therein.

89. In response to Paragraph 89 of the Verified Complaint, Defendant objects to the legal conclusions and denies the allegations therein.

90. In response to Paragraph 90 of the Verified Complaint, Defendant denies the allegations therein.

91. In response to Paragraph 91 of the Verified Complaint, Defendant denies the allegations therein.

92. In response to Paragraph 92 of the Verified Complaint, Defendant denies the allegations therein.

93. In response to Paragraph 93 of the Verified Complaint, Defendant denies the allegations therein.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff lacks standing under Article III.

3. Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered damages.

4. Plaintiff's claims are moot.

5979395v1(67395.1)

5. The alleged ADA violations are not readily achievable.

6. Plaintiff is comparatively at fault.

7. Defendant is not liable for the alleged violations because Defendant has no access to or control over the subject 1st or 3rd party website.

8. Defendant reserves the right to amend this Answer after further discovery is completed.

9. Defendant affirmatively alleges that it is entitled to an award of its reasonable attorneys' fees and costs because this lawsuit is frivolous, unreasonable or without foundation.

WHEREFORE, in connection with Plaintiff's Complaint, Defendant requests a judgment against Plaintiff as follows:

A. For a judgment dismissing with prejudice the Complaint alleged by Plaintiff;

B. For a judgment that includes Defendant's costs and reasonable attorneys' fees;

C. For a judgment that includes such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 14th day of March, 2018.

        **JENNINGS, STROUSS & SALMON, P.L.C.**

        By: s/ Lindsay G. Leavitt
           Lindsay G. Leavitt
           One East Washington Street, Suite 1900
           Phoenix, AZ  85004-2554
           *Defendant*

5979395v1(67395.1)

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on March 14, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com
STROJNIK, P.C.
2375 East Camelback Road, Ste. 600
Phoenix, AZ 85016

☐ I hereby certify that on March 14, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                             s/ Tana Davis-Digeno

5979395v1(67395.1)