# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-17-02792-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Canyon Hospitality LLC, | |
| Defendant. | |

The Court has pending before it a Motion to Dismiss (Doc. 12) which raises the question of whether the Court has standing to hear the case. It appears that the motion has elements of both a facial and a factual attack on standing. The Court therefore sets a hearing at which it requires that the Plaintiff be available to respond to any questions of counsel for the parties in this matter and/or the Court.

In its research of this motion, however, the Court is reminded that the constitutional aspect of standing is so fundamental that federal courts are required to explore these issues *sua sponte. Bernhardt v. County of Los Angeles,* 279 F.3d 862, 868 (9th Cir. 2001). The Court has other cases before it involving the same Plaintiff, Fernando Gastelum, alleging that other hotel defendants in the Phoenix area have violated the Americans with Disabilities Act which may present common issues of whether Plaintiff has standing.[1] Further, as of the date of this Order, there have

---

[1] These cases are *Gastelum v. Brixton Metro Plaza LLC*, No. 17-cv-02903-PHX-GMS (D. Ariz. filed Aug. 29, 2017), *Gastelum v. 11111 North 7th Street Property De LLC*, No. 17-cv-03017-PHX-GMS (D. Ariz. filed Sept. 5, 2017), *Gastelum v. Drury*

apparently been 119 cases of a similar nature filed by Mr. Gastelum in the District of Arizona, many of which are still being actively litigated either on the merits or with regards to attorney's fees.

So as to avoid the inconvenience of the Plaintiff by making him appear for multiple standing hearings, the Court in complying with its obligation to *sua sponte* determine the Plaintiff's standing in the other cases currently pending before it, will set a single standing hearing both in the *Canyon Hospitality* case and the other cases before it brought by Mr. Gastelum. Those cases are identified in footnote one.

Plaintiff is required to be in attendance, prepared to answer the questions of the parties and/or the Court in this the *Canyon Hospitality* case, and prepared to answer the possible questions of the Court in other matters that are pending before it. Should counsel for the parties in the other cases pending before it have no desire to attend this hearing the Court will allow them to waive their presence.

**IT IS THEREFORE ORDERED** setting a hearing for May 4, 2018 at 10:30 a.m. in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter this Order in each of the following cases:

(1) *Gastelum v. Brixton Metro Plaza LLC*, No. 17-cv-02903-PHX-GMS

(2) *Gastelum v. 11111 North 7th Street Property De LLC*, No. 17-cv-03017-PHX-GMS

(3) *Gastelum v. Drury Southwest Inc.*, No. 17-cv-03626-PHX-GMS

---

*Southwest Inc.*, No. 17-cv-03626-PHX-GMS (D. Ariz. filed Oct. 10, 2017), *Gastelum v. Marriott Int'l Inc.*, No. 17-cv-04667-PHX-GMS (D. Ariz. filed Dec. 17, 2017), *Gastelum v. CPX Phoenix Airport Gateway Opag LLC*, No. 18-cv-00068-PHX-GMS (D. Ariz. filed Jan. 8, 2018), *Gastelum v. Kuber-Rambdas Investments LLC*, No. 18-cv-00470-PHX-GMS (D. Ariz. filed Feb. 2, 2018), *Gastelum v. CGD Tempe L P*, No. 18-cv-00512-PHX-GMS (D. Ariz. filed Feb. 14, 2018), *Gastelum v. Hilton Garden Inns Management LLC*, No. 18-cv-00820-PHX-GMS (D. Ariz. filed Mar. 13, 2018), and *Gastelum v. Debaca Land & Cattle LLC*, No. 18-cv-01112-PHX-GMS (D. Ariz. filed Apr. 11, 2018). The Court also has attorney's fees motions pending in *Gastelum v. Pride Hospitality Inc.*, No. 17-cv-03607-PHX-GMS (D. Ariz. filed Oct. 8, 2017) and *Gastelum v. AUM Hospitality Ventures LLC*, No. 18-cv-00104-PHX-GMS (D. Ariz. filed Jan. 11, 2018).

(4) *Gastelum v. Marriott Int'l Inc.*, No. 17-cv-04667-PHX-GMS

(5) *Gastelum v. CPX Phoenix Airport Gateway Opag LLC*, No. 18-cv-00068-PHX-GMS

(6) *Gastelum v. Kuber-Rambdas Investments LLC*, No. 18-cv-00470-PHX-GMS

(7) *Gastelum v. CGD Tempe L P*, No. 18-cv-00512-PHX-GMS

(8) *Gastelum v. Hilton Garden Inns Management LLC*, No. 18-cv-00820-PHX-GMS

(9) *Gastelum v. Debaca Land & Cattle LLC*, No. 18-cv-01112-PHX-GMS

(10) *Gastelum v. Pride Hospitality Inc.*, No. 17-cv-03607-PHX-GMS

(11) *Gastelum v. AUM Hospitality Ventures LLC*, No. 18-cv-00104-PHX-GMS

Dated this 24th day of April, 2018.

_____
Honorable G. Murray Snow
United States District Judge