Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>Plaintiff,<br><br>vs.<br>Kuber-Ramdas Investments, LLC<br><br>Defendant(s). | Case No: 2:18-cv-00470-GMS<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Please take notice that Plaintiff accepts Defendant's Offer of Judgment, Exhibit 1 hereto.

RESPECTFULLY SUBMITTED thon the date in the header.

**STROJNIK, P.C.**

*/s/ Peter Strojnik*
_____
Peter Strojnik, 6464
Attorney for Plaintiff

LEGAL:10884-0002/8469853.1