Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Fernando Gastelum, | No. CV-18-470-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S OFFER OF JUDGMENT** |
| Kuber-Ramdas Investments, LLC, | |
| Defendant. | |

Pursuant to Rule 68(a), Fed. R. Civ. P., Kuber-Ramdas Investments, LLC ("Kuber-Ramdas" or "Defendant"), hereby offers to allow judgment to be entered against it, with Plaintiff's costs then accrued, as follows:

- Defendant will (within 60 days) identify and describe on its website the following accessible features:

    **For Your Accessibility Needs**
    - Accessible
    - Accessible rooms
    - Accessible business center
    - Accessible concierge desk
    - Accessible elevators
    - Accessible exercise facility
    - Accessible guest rooms with mobility features with entry or passage doors that provide 32" of clear width
    - Accessible meeting rooms
    - Accessible parking
    - Accessible parking spaces for cars in the self-parking facility
    - Accessible public entrance
    - Accessible registration desk
    - Accessible route from the accessible public entrance to the

6051948v1(67395.1)

    accessible guestrooms;
- Accessible route from the accessible public entrance to the registration area;
- Accessible route from the hotel's accessible entrance to the meeting room/ballroom;
- Accessible route from the hotel's accessible entrance to the business center;
- Accessible route from the hotel's accessible public entrance to the exercise facilities;
- Accessible route from the hotel's accessible public entrance to the swimming pool;
- Accessible swimming pool;
- Alarms – Audible
- Alarms – Visual Strobe
- Automatic opening of bedroom door from the inside
- Bathroom doors at least 32 inches wide
- Bedroom doors at least 32 inches wide (812mm)
- Braille elevator;
- Braille room numbers;
- Closed captioning on televisions or closed captioning decoders;
- Doorbell w/ Audio/Strobe alert
- Hotels complies with ADA guidelines;
- Level or ramp entrance into the building;
- Lower or Adjustable Closet Rode
- Lowered buttons in elevators
- Lowered emergency evacuation instructions
- Lowered light switches
- Lowered peep hole in door
- Lowered shelf storage
- Lowered sink
- Lowered thermostat controls
- Public Areas/Facilities accessible for physically challenged
- Roll-in shower
- Rooms accessible to wheelchairs (no steps)
- Service support animals welcome
- Strobe alarms
- Swimming pool hoist for pool access
- TTY for guest use
- Van-accessible parking in the self-parking facility
- Visual alarm for hearing impaired
- Visual alarms for hearing impaired in hallways
- Visual alarms for hearing impaired in public areas
- Wheelchair ramp for lobby/reception access

- Defendant will (within 60 days) communicate the above referenced

accessible features to all third party booking agents who facilitate online or telephonic reservations for Defendant's hotel.

- Defendant will (within 60 days) modify its policies, practices and procedures to ensure that individuals who require mobility and/or ambulatory assistance can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not require mobility and/or ambulatory assistance.

- Defendant shall (within 90 days) identify mobility accessibility features at its hotel that do not comply with the 2010 Standards of Accessibility Design and shall, within 12 months, remove barriers to mobility accessibility to the extent that such removal is readily achievable.

This offer is exclusive of reasonable attorneys' fees, costs and expenses to which Plaintiff may be entitled, but which Defendant reserves the right to contest and challenge.

This offer shall remain effective for fourteen (14) days after it is served. If this offer is not accepted in writing within the effective time period, it shall be deemed withdrawn and no evidence of this Offer shall be admissible except in a proceeding to determine costs, fees and/or sanctions as otherwise allowed pursuant to Rule 68.

You are also hereby put on notice that if this offer is rejected, and a judgment is subsequently obtained that is equal to or more favorable to Defendant than this offer, Plaintiff will be required to pay Defendant's costs incurred after the offer was made.

. . .

. . .

. . .

. . .

6051948v1(67395.1)

RESPECTFULLY SUBMITTED this 21st day of May, 2018.

       JENNINGS, STROUSS & SALMON, P.L.C.

       By: _____
       Lindsay G. Leavitt
       One East Washington Street, Suite 1900
       Phoenix, AZ  85004-2554
       *Defendant*

**CERTIFICATE OF SERVICE**

☒ I served the attached document via E-mail on this 21st day of April, 2018, on the following.

    Peter Strojnik
    ADA@strojnik.com
    STROJNIK, P.C.
  2375 East Camelback Road, Ste. 600
    Phoenix, AZ 85016

_/s/ Jana Davis-Disero_