# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kuber-Rambdas Investments LLC,<br><br>　　　　Defendant. | **NO. CV-18-00470-PHX-GMS**<br><br>**JUDGMENT IN A CIVIL CASE** |

　　　　Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Kuber-Rambdas Investments LLC for Plantiff's costs then accrued, and for further relief as stated within the Offer of Judgment. This action is hereby terminated.

　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 25, 2018

　　　　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　　　　By　　　Deputy Clerk