Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>  Plaintiff,<br><br>vs.<br><br>Kuber-Rambdas Investments LLC,<br><br>  Defendant. | Case No: 2:18-cv-00470-GMS<br><br>**NOTICE OF NOTICE OF APPEAL IN COMPANION CASE**<br>**(17-cv-02792-GMS –** *Gastelum v. Canyon Hospitality* **LLC)** |

Please take notice that Plaintiff has filed a Notice of Appeal in 17-cv-02792–GMS *Gastelum v. Canyon Hospitality* LLC which is appended hereto as Exhibit 1.

DATED on the day reflected in the header

**STROJNIK, P.C.**

*/s/ Peter Strojnik*

Peter Strojnik, 6464